IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR209 |
| vs. | ) | |
| | ) | ORDER |
| JAYNE WEBER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendants' motion for a further extension of time in which to file pretrial motions [15]. For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [15] is granted as follows:

1. The deadline for filing pretrial motions is extended to **October 5, 2008**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 5, 2008 and October 5, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to the defendant's illness, and counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED September 3, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge