IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR209** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JAYNE WEBER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Clerk is directed to accept $90,000.00 from the Defendant, Jayne Weber, through her attorney, as partial restitution in this case.

DATED this 7th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge